UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Vella Singer Kleiner Law Group
By Maureen E. Vella, Esq.
326 Main Street
Metuchen, New Jersey   08840
mvella@vellasinger.com
732-494-8200
Attorney for Debtor

In Re:

Eric Dombrowski,
Debtor

Case No.:   18-33912-KCF

Chapter:    13

Hearing Date:   4/5/2020

Judge:   KCF

# NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

Maureen E. Vella, Esq., has filed papers with the court to modify the Debtor's Chapter 13 Plan.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:   4/8/2020

Hearing Time:   9:00 am

Hearing Location:   Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

Courtroom Number:   8

1

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Albert Russo, Chapter 13 Trustee
1 AAA Drive, Suite 101
Robbinsville, New Jersey    08691

Maureen E. Vella, Esq.
Vella Singer Kleiner Law Group
326 Main Street
Metuchen, New Jersey    08844

Emmanuel J. Argentieri, Esq.
Romano Garubo & Aregntieri
52 Newtown Avenue
P.O. Box 456
Woodbury, New Jersey    08096

Wells Fargo Bank, N.A., Default
Document Processing
1000 Blue Gentian Road, N9286-01Y
Eagan, MN 55121-7700

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.


Date:   March 9, 2020                                    /s/ *Maureen E. Vella*
                                                         Maureen E. Vella, Esq.
                                                         Attorney for the Debtor